KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

WILLIAM C. MARTIN (ILBN 6272668)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-7220
    Facsimile: (415) 436-7234
    Email: william.c.martin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 06-00410 WHA |
|     Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER EXCLUDING TIME** |
| ) | |
| KIM EDWARD CAMPBELL, ) | |
|     Defendant. ) | |

    The above-captioned matter came before the Court on June 13, 2006.  The defendant was represented by Assistant Public Defender Ronald C. Tyler and the government was represented by William C. Martin, Assistant United States Attorney.  Counsel for the defendant made a request for time to review discovery and investigate the facts of this case.  Counsel for the government gave notice that the government may proceed with a superseding indictment against the defendant.  The Court then set July 18, 2006 as the next date in this case.

    The Court made a finding on the record that the time from and including June 13, 2006 through and including July 18, 2006 should be excluded under the Speedy Trial Act, 18 U.S.C.

§ 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial.  That finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

      The parties hereby agree to and request that this case be set before this Court on July 18, 2006, and that the exclusion of time until then be granted.  The parties agree and stipulate that the additional time is appropriate and necessary under 18 U.S.C. §§ 3161(h)(8)(A) for all the reasons stated above.

DATED:   June 28, 2006
                /s/
RONALD C. TYLER
Attorney for Defendant

DATED: June 28, 2006
                /s/
WILLIAM C. MARTIN
Assistant Untied States Attorney

So ordered.

DATED:   July 6, 2006

WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE



**STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-00410 WHA**                                           2