SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

BRIGID S. MARTIN (CASBN 231705)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-7129
   Facsimile: (415) 436-7234
   Email: brigid.martin2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>KIM EDWARD CAMPBELL,<br><br>   Defendant. | No. CR 06-0410 WHA<br><br>STIPULATION and [Proposed] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

     The United States and defendant KIM EDWARD CAMPBELL stipulate to exclusion of time under the Speedy Trial Act from February 27, 2007, to March 13, 2007, as follows:

     1.     The parties appeared before the District Court on February 27, 2007, for a Status Conference.

     2.     At this appearances, defendant KIM EDWARD CAMPBELL requested, the government agreed, and the Court approved, an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from February 27, 2007, to March 13, 2007. The grounds for exclusion were under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Failure to grant the requested exclusion of time would unreasonably deny defense counsel and government counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

SPEEDY TRIAL ACT STIP.
CR 06-0410 WHA

| | |
|---|---|
| 1 | Additionally, failure to grant the requested exclusion of time would unreasonably deny the |
| 2 | defendant continuity of counsel. Furthermore, the parties agree that the ends of justice served by |
| 3 | excluding the period from February 27, 2007, to March 13, 2007, outweigh the best interest of |
| 4 | the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). |
| 5 |       3.    A proposed Order is submitted with this stipulation. |

DATED: February 27, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

  /s/ Brigid S. Martin
BRIGID S. MARTIN
Special Assistant United States Attorney

  /s/ Claire Leary
CLAIRE LEARY
COUNSEL FOR DEFENDANT KIM EDWARD CAMPBELL
Tel: 415.225.4640

SPEEDY TRIAL ACT STIP.
CR 06-0410 WHA        2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-0410 WHA |
| Plaintiff, | ) | [proposed] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | ) | |
| KIM EDWARD CAMPBELL, | ) | |
| Defendant. | ) | |

Based upon the Stipulation of KIM EDWARD CAMPBELL and the United States, and for good cause shown, IT IS HEREBY ORDERED that time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), is excluded from February 27, 2007, to March 13, 2007, under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). The Court finds that the failure to grant this exclusion of time would unreasonably deny counsel for the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Additionally, failure to grant the requested exclusion of time would unreasonably deny the defendant continuity of counsel. The Court further finds that the ends of justice served by such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: March 1, 2007

_____
Hon. William H. Alsup
United States District Court Judge